William H. LEE, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 05–3287.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2006.

Before BRYSON, PROST, Circuit Judges, and SARIS, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36